IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PAYARC LLC,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>VALYOU FURNITURE LLC, SHAUL RAPPAPORT, EFRIAM BISK,<br><br>　　　　　　Defendants. | Civ. No. 22-00288 JMS-RT<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATIONS OF MAY 30, 2023 |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATIONS OF MAY 30, 2023

On May 30, 2023, U.S. Magistrate Judge Rom Trader issued Findings and Recommendations to Grant Motion for Default Judgment Against All Defendants ("Findings and Recommendations"). ECF No. 33. The Findings and Recommendations have been filed and served on all parties on June 2, 2023, *see* ECF No. 34. and no objections have been filed. Accordingly, IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to 28 U.S.C. § 636(b)(1(C) and Local Rule 74.1, the Findings and Recommendations are adopted as the opinion and order of this court.

　　　　　IT IS SO ORDERED.
　　　　　DATED: Honolulu, Hawaii, July 3, 2023.



　　　　　　　　　　　　　　　/s/ J. Michael Seabright
　　　　　　　　　　　　　　　J. Michael Seabright
　　　　　　　　　　　　　　　United States District Judge