IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| PAYARC LLC, | ) | CV 22-00288 JMS-RT |
| | ) | |
| Plaintiff, | ) | ORDER ADOPTING |
| | ) | MAGISTRATE JUDGE'S |
| vs. | ) | FINDINGS AND |
| | ) | RECOMMENDATION TO GRANT |
| VALYOU FURNITURE LLC, | ) | IN PART AND DENY IN PART |
| SHAUL RAPPAPORT, EFRIAM | ) | PLAINTIFF PAYARC LLC'S |
| BISK, | ) | MOTION FOR AWARD OF |
| | ) | ATTORNEYS' FEES AND |
| Defendants. | ) | NONTAXABLE EXPENSES |
| _____ | ) | |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION TO GRANT IN PART AND
DENY IN PART PLAINTIFF PAYARC LLC'S MOTION FOR AWARD OF
ATTORNEYS' FEES AND NONTAXABLE EXPENSES

Findings and Recommendation having been filed and served on all parties on September 1, 2023, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the Findings and Recommendations are adopted as the opinion and order of this Court.

IT IS SO ORDERED.



/s/ J. Michael Seabright
J. Michael Seabright
United States District Judge